■ MARVIN R. NEUWIRTH, as Executor of KITTY NEUWIRTH, Deceased, Respondent, v BLUE CROSS & BLUE SHIELD OF GREATER NEW YORK, BLUE CROSS ASSOCIATION, et al., Appellants. — Order of the Supreme Court, Nassau County (Young, J.), entered June 8, 1982, affirmed, without costs or disbursements (*International Paper Co. v Continental Cas. Co.*, 35 NY2d 322, 327; *Prashker v United States Guar. Co.*, 1 NY2d 584, 594; *Green Bus Lines v Consolidated Mut. Ins. Co.*, 74 AD2d 136, 142). Mollen, P. J., Titone, Bracken and Brown, JJ., concur.